IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AUDREY PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-281-C |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on November 9, 2017. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 19) of the Magistrate Judge is adopted and the decision of the Commissioner denying disability insurance benefits is affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 4th day of December, 2017.

ROBIN J. CAUTHRON
United States District Judge